> Motion GRANTED.
> /s/ Barbara D. Holmes

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-mj-1183 |
| | ) | MAGISTRATE JUDGE HOLMES |
| SONYA WHITE | ) | |

## MOTION TO BE RELIEVED AS COUNSEL AND FOR THE APPOINTMENT OF A C.J.A. PANEL ATTORNEY

Comes now, undersigned counsel for Sonya White and hereby moves the Court to relieve the Office of the Federal Public Defender as counsel in this matter and to appoint counsel from the Criminal Justice Act Panel. Undersigned counsel would state that Ms. White is not currently indicted, and she has been advised by Assistant United States Attorney Taylor Phillips that Ms. White is a target of a federal investigation and the government intends to seek an indictment against Ms. White. Given these facts, Ms. White remains in need of an attorney, who can continue communications with the government and Ms. White.

Undersigned counsel will be retiring from the Office of the Federal Public Defender effective December 31, 2022, and new counsel would need to be appointed to represent Ms. White.

For the reasons stated above, and due to current caseloads within the Office of the Federal Public Defender, counsel moves the Court to relieve the Office of the Federal Public Defender as counsel of record and to appoint counsel from the Criminal Justice Act Panel to represent Ms. White.

Respectfully submitted,

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Sonya White

## CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2022, I e-mailed the foregoing *Motion to Be Relieved as Counsel and for the Appointment of a C.J.A. Panel Attorney* to the clerk of Magistrate Judge Holmes and to Taylor Phillips, Assistant United States Attorney, taylor.phillips@usdoj.gov.

                                      /s/ *Mariah A. Wooten*
                                      MARIAH A. WOOTEN